# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAW INDUSTRIES, LLC

VERSUS

STATE OF LOUISIANA,
DEPARTMENT OF EDUCATION,
RECOVERY SCHOOL DISTRICT AND
ADVANCED ENVIRONMENTAL
CONSULTING, INC.

NO.  2024 CW 0038

**APRIL 18, 2024**

---

In Re:    Dwight Bradshaw, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 676874.

---

**BEFORE:    HESTER, MILLER, AND GREENE, JJ.**

   **WRIT DENIED.**

                          **CHH**
                          **SMM**
                          **HG**

COURT OF APPEAL, FIRST CIRCUIT



_____
  DEPUTY CLERK OF COURT
     FOR THE COURT